UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GWENDOLYN D CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00165-SEB-TAB |
| | ) | |
| LLOYD J AUSTIN in His Official Capacity as Secretary of the U.S. Department of Defense, | ) ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

IT IS SO ORDERED.

Date:    12/1/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rachana Nagin Fischer
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
rachana.fischer@usdoj.gov

Tae K. Sture
STURE LEGAL SERVICES LLC
tae@sturelaw.com

1